IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURAPIA INC., <br>     Plaintiff, <br> v. <br> SOD AND SEED INC., et al., <br>     Defendants. | Case No. 24-cv-05200-CRB <br><br> **ORDER TO SHOW CAUSE** |

On October 9, 2024, the Clerk of Court entered default against Defendants Sod and Seed Inc. and George Bravos (dkt. 10). Two days later, Plaintiff Kurapia Inc. moved for default judgment against Defendants (dkt. 11).

Then, after several weeks had passed, Defendants moved on October 31, 2024 to set aside the entry of default against them (dkts. 17, 18). Plaintiff's deadline to file a response was November 14, 2024; Plaintiff has not filed a response. Plaintiff is hereby **ORDERED TO SHOW CAUSE BY NOVEMBER 25, 2024** why the Court should not grant Defendants' motion to set aside the entry of default and, additionally, deny Plaintiff's motion for default judgment. See Fed. R. Civ. P. 55(a)–(b); Eitel v. McCool, 782 F.2d 1470, 1471 (9th Cir. 1986) (default judgment is a "two-step process" under Rule 55).

**IT IS SO ORDERED.**

Dated: November 18, 2024

CHARLES R. BREYER
United States District Judge